# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 146 |
| | : | |
| REAPPOINTMENT TO THE | : | DISCIPLINARY RULES |
| | : | |
| PENNSYLVANIA INTEREST ON | : | |
| | : | |
| LAWYERS TRUST ACCOUNT | : | |
| | : | |
| BOARD | : | |

## ORDER

**PER CURIAM**

AND NOW, this 26th day of September, 2016, Alan M. Feldman, Esquire, Philadelphia, is hereby reappointed as a member of the Pennsylvania Interest on Lawyers Trust Account Board for a term expiring November 1, 2019.